F#LED
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 22 2014 ★
BROOKLYN OFFICE

rec'd 7/23/14 kz DF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

LEONID LAUTMAN,

                  Plaintiff,

-against-

NORRIS MCLAUGHLIN & MARCUS, P.A.; DEAN M.
ROBERTS, ESQ.; and MIA D. FALLS,

                  Defendants.

----------------------------------------------------------------X

13-CV-967 (ARR) (VVP)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

OPINION & ORDER

ROSS, United States District Judge:

I have reviewed plaintiff's objections to Magistrate Judge Pohorelsky's order of June 25, 2014, see Dkt. #57, which was made on the record. Neither Magistrate Judge Pohorelsky's denial of plaintiff's request that the magistrate recuse himself from plaintiff's case nor Magistrate Judge Pohorelsky's setting of a discovery schedule against plaintiff's wishes after plaintiff asked to be excused was "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a). Accordingly, plaintiff's request that the orders be set aside is denied.

SO ORDERED.

                  /S/ Judge Allyne R. Ross
                  Allyne R. Ross
                  United States District Judge

Dated:     July 22, 2014
             Brooklyn, New York

**SERVICE LIST**

**Leonid Lautman**
2800 Coyle Street, Apt.# 322
Brooklyn, NY 11235