UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

LEONID LAUTMAN,

        Plaintiff,

-against-

2800 COYLE ST. OWNERS CORP.; SVETLANA
MARMER; VLADIMIR ROSENBLATT; ALLA
SHVARTS, *personally and as directors and officers of
2800 Coyle St. Owners Corp.*; DOM MANAGEMENT,
LTD.; STAN FISHMAN; IRENE FISHMAN,
*personally and as employees and principals of Dom
Management, Ltd.*; NORRIS MCLAUGHLIN &
MARCUS, P.A.; DEAN M. ROBERTS, ESQ.; and
MIA D. FALLS, *in their professional and personal
capacities*,

        Defendants.

------------------------------------------------------------------- X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 5 - 2015 ★
BROOKLYN OFFICE

13-CV-967 (ARR)(VVP)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

        The court has received the Report and Recommendation on the instant case dated April 17, 2015, from the Honorable Viktor V. Pohorelsky, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1).

1

Therefore, the case is dismissed pursuant to Federal Rule of Civil Procedure 41(b) for lack of prosecution. The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

/s/(ARR)

_____
Allyne R. Ross
United States District Judge

Dated: May 4, 2015
Brooklyn, New York